UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

**CHARLES HUMPHREY,**　　　　　　　　　　　　Chapter 7
　　Debtor　　　　　　　　　　　　　　　　　　Case No. 14-15511-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated January 6, 2016, the Court overrules the Opposition filed by Creditors, Kelly Murray, Ronald Greenberg, and Ryan David Mannisto, and grants the Debtor's Representative's Supplemental Motion to Dismiss the Objection to Homestead Exemption Claimed by the Debtor.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　*Joan N. Feeney*

　　　　　　　　　　　　　　　　　　　　Joan N. Feeney
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Dated: January 6, 2016